**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GINO TENNIS,

    Plaintiff,                               Case No.: 6:22-cv-00752-RBD-EJK

v.

THE INDEPENDENT ORDER OF FORESTERS,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

The parties hereby notify the Court that they have achieved an amicable resolution of this lawsuit. The parties respectfully request that the Court reserve jurisdiction for thirty (30) days or until the filing of a Joint Stipulation of Dismissal with Prejudice under Fed. R. Civ. P. 41 and under Fed. R. Civ. P. 16.4.

Respectfully submitted this 2nd day of May 2023.

| | |
|---|---|
| /s/ Maria T. Santi | /s/ Ginger Barry Boyd |
| MARIA T. SANTI, ESQ. | GINGER BARRY BOYD, ESQ |
| Florida Bar No. 117564 | Florida Bar No. 294550 |
| **Your Insurance Attorney, PLLC** | **Nelson Mullins Riley &** |
| Health and Medicine Law Firm Division | **Scarborough LLP** |
| 2601 S. Bayshore Drive,18th Floor | 215 S. Monroe Street, Suite 400 |
| Miami, FL 33133 | Tallahassee, FL 32301 |
| Ph: (888) 570-5677 | Tel. 850-460-9425 |
| Service email: | ginger.boyd@nelsonmullins.com |
| health@yourinsuranceattorney.com | *Counsel for Defendant* |
| Attorney email: | |
| msanti@yourinsuranceattorney.com | |
| *Counsel for Plaintiff* | |

1